**Opinion issued July 23, 2015**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-15-00454-CV

———————————

**THE CITY OF FRIENDSWOOD, Appellant**

**V.**

**WIGHT REALTY INTERESTS, LTD., Appellee**

---

**On Appeal from the 212th District Court**
**Galveston County, Texas**
**Trial Court Case No. 09-CV-2123**

---

## MEMORANDUM OPINION

Appellant, The City of Friendswood, representing that the parties have resolved the underlying dispute, has filed an "Unopposed Motion to Dismiss" the appeal. No other party has filed a notice of appeal, and no opinion has issued. *See*

TEX. R. APP. P. 42.1(a)(1), (c). Further, although the motion does not include a certificate of conference, more than ten days have passed and no party has responded to the motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Bland, and Brown.